Ivaylo Tsvetanov Dodev,

6312 South 161st Way
Gilbert, Arizona 85298
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

Pro Se

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **IVAYLO TSVETANOV DODEV[1],** | **No. 2:14-bk-02116-RJH** |
| **Debtor-in-Possession** | **Chief Judge RANDOLPH J HAINES** |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTORS' SCHEDULES AND STATEMENTS – FILED CONCURRENTLY

The Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Schedules and Statements**") filed by Ivaylo Tsvetanov Dodev, debtor-in-possession (the "**Debtor**") in the above captioned Chapter 11 case, are unaudited and are prepared pursuant to Section 521 of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**," to the best of Debtor's knowledge and belief). While the Debtor has made a reasonable effort to file complete and accurate

---

[1] Debtor in this Chapter 11, DBO Ivo Dodev, Americas Treasures and Antiques, Pro Shade, Designed Iron and/or any other name debtor might have inadvertently left out.

Schedules and Statements based upon information available at the time of preparation, and because of, among other things, the fact that Debtor is not represented by counsel, the Schedules and Statements remain subject to further revision and verification by the Debtor; subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements, exhibit, or continuation sheet; even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor.**

The Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate. The Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements (the " **Global Notes**") is incorporated by reference herein, and comprises an integral part of, the Schedules and Statements and should be referred to and reviewed in connection with any review of the Schedules and Statements. Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtor's rights with respect to this Chapter 11 case, including with respect to any issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets, avoid transfers, discharge or setoff debt.

## **INTRODUCTION**

1. <u>Description of the Case</u>. On February 21, 2014 (the "Commencement

Date"), the Debtor filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtor currently is operating his business and is in possession of his property as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.     Basis of Presentation. The Schedules and Statements do not purport to represent financial statements prepared in accordance with United States Generally Accepted Accounting Principles and Codes, nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtor.

3.     Amendment. While reasonable efforts were made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtor thus reserves the right to amend and/or supplement his Schedules and Statements from time to time as may be necessary or appropriate.

4.     Recharacterization. The Debtor has made reasonable efforts to characterize, classify, categorize or designate his claims, assets and other items reported in the Schedules and Statements correctly. However, due to the unorthodox nature of the Debtor's business, the Debtor may have improperly characterized, classified, categorized or designated certain items. As such, the Debtor reserves his rights to recharacterize, reclassify, recategorize or redesignate information reported in the Schedules and Statements at a later time, as necessary or appropriate, as additional information becomes available.

5.     Summary of Reporting Procedures. The following conventions were

adopted by Debtor in the preparation of the Schedules and Statements:

(i) <u>Fair Market Value</u>. Debtor's fiscal year ends December 31. All asset information contained in the Statements and Schedules is as of the Commencement Date. Debtor will estimate fair market value based on his experience and market demand for his products that might differ from book, acquisition or manufacturing cost. Unless otherwise noted, Debtor has indicated fair market values for assets as of the Commencement Date in his Statements and Schedules.

(ii) <u>Accounts Receivable</u>. Accounts receivable, if stated, are comprised generally of cash, checks and trades.

(iii) <u>Inventory, Property, and Equipment</u>. Inventory, Property and Equipment are reflected on Schedule B and recorded at Fair Market Value. Inventory should not mean any general accounting term used by the Internal Revenue Service ("IRS"), but Debtor's personal items, collections and possessions used as part of his business.

(iv) <u>Contingent Assets</u>. The Debtor may possess certain claims and causes of action against various parties, including, contingent claims in the form of various avoidance actions they could commence under the Bankruptcy Code and other relevant nonbankruptcy laws. The identity and amounts of those claims and causes of action, if any, are not yet known and, therefore, the Debtor reserve his rights with respect to any claims, causes of action or avoidance actions. Nothing contained or omitted in these Global Notes shall be deemed a waiver of any such claims,

avoidance actions or causes of action or in any way prejudice or impair the assertion thereof.

(v) <u>Classifications</u>. Listing a claim on Schedule D as "secured," on Schedule E as "priority," or on Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract. In particular, the Debtors reserve the right to amend the Schedules and Statements to recharacterize or reclassify any such contract or claim.

(vi) <u>Disputed, Contingent, and Unliquidated Claims</u>: Schedules D, E and F (see below) permit the Debtors to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on any of these Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserve the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules as to amount, liability or status.

6. <u>Intellectual Property Rights</u>. Exclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have been sold, abandoned, or terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be

construed to be an admission that those intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserves all of his rights as to the legal status of all intellectual property rights.

7. <u>Confidentiality</u>. There may be instances in the Schedules and Statements where the Debtor has deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtor has used this approach because of an agreement between the Debtor and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.

## **SCHEDULES**

8. <u>Schedules A and B</u>. The Debtor is an owner in possession of his property in fee simple. At present, he is not conducting any business outside of his estate and his entire inventory is on the premises of his land. His ranch (trade name "Dodev Ranch"), has been the primary source of food for himself and his family since 2002, for health and religious reason. The Debtor's, beef, lamb, goat and poultry meat comes from his land, along with fruits and vegetables.

(i) <u>Real Property</u>. The Debtor's real property ais reported at Fair Market Value as of the Commencement Date.

(ii) <u>Personal Property</u>. The Debtor reserve his right to recategorize

**Global Notes, Statement Of Limitations and Disclaimer Regarding Schedules**

and/or recharacterize the asset holdings described below at a later time to the extent the Debtors determines that such holdings were improperly reported. Debtor is a married man, husband and father, and does not claim household items as Personal Property as he sees suitable all such items and affects to belong to his wife as a homemaker and nucleus of his family.

(1) Schedule B. 23. The Debtor was a licensed contractor in the State of Arizona, under Arizona Registrar of Contractors, holder of Gaming License issued by Arizona Department of Gaming and a license issued by Gaming Salt River Pima-Maricopa Indian Community. Debtor hereby declares that he is not practicing in any profession or occupation that requires use of these licenses and that they are either not current, or bonded and insured. Debtor is a holder of concealed weapon license.

(2) Schedule B. 25 and 30. The Debtor, in his course of business, owns various trucks and trailers used for the sole purpose to be packaged with the emergency [disaster], hunting shelters he builds and are not licensed or used for any regulated commercial activities or services. They are part of his inventory and are not used as Debtor's means to commute.

(3) Schedule B. 25, 29 and 35. The debtor is using biological/nuclear filters, cotes, generators, miscellaneous storage boxes and tools in his line of business. The debtor is building a collection of copper pots and affects and sterling ware with intent to grow his business. All of Debtor's item [personal and for use in his business] are listed as an Exhibit to Schedule B.

**Global Notes, Statement Of Limitations and Disclaimer Regarding Schedules**

9.      Schedule D. Creditors Holding Secured Claims: Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court, the Debtor reserves his right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such claim. By listing claims under Schedule D, Debtor does not intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other legal means. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes shall be deemed a modification or interpretation of the terms of those agreements.

10.     Schedule F. The claims comprising Schedule F are purported creditors (i) The Bank of New York Mellon Corporation, (ii) Select Portfolio Servicing Incorporated and (iii) Real Time Resolutions Incorporated, whose collection activities have been duly challenged in pending litigation involving the Debtor. The inclusion of any litigation in these Schedules and Statements does not constitute an admission

by the Debtors of liability, the validity of any action, defenses, counterclaims, or cross-claims or the amount or treatment of any potential claim resulting from any current or future litigation.

      (i)    The Bank of New York Mellon Corporation.

         See Exhibit A to Schedule F

      (ii)   Select Portfolio Servicing Incorporated.

         See Exhibit A to Schedule F

      (iii)  Real Time Resolutions Incorporated.

         See Exhibit B to Schedule F

      (iv)  Real Time Resolutions Incorporated\

## STATEMENTS OF FINANCIAL AFFAIRS

11.    Question 1. The Debtor's annual income reported is adopted from his taxes, filed jointly.

12.    Question 2. The $2,500.00 reported is from a settlement received from Bank of America, N.A. for unlawful foreclosure attempt on Debtor's property.

13.    Question 4. The Debtor has filed a Verified Action-at-Law against Bank of America, N.A., The Bank of New York Mellon, Corp, Select Portfolio Servicing, Inc. and others for violation of 15 U.S. Code § 1692 et seq, 28 U.S. Code § 1331, RICO.

14.     Question 14. The Debtor shares his estate with wife and children. His wife and children own musical instruments, household items, furniture and personal affects not listed on Debtor's Schedules. A family stationed in a U.S. Base in Tokyo, Japan, known to Debtor for longer than 10 years, has a small number of belongings stored on Debtor's estate, as does a friend who visits Debtor's house once or twice a year. The Debtor's sister-in-law, living in the European Union has small number of personal items stored with her sister, Debtor's wife.

15.     Question 18. The Debtor was involved in other businesses, prior to the recession of 2008, as owner or co-owner but he is not using any of those companies to conduct business at this stage and works only through DBA Americas Treasures and Antiques. Debtor herby declares that he is not using TIN, associated with any of those companies to conduct business and he does not owe any taxes to IRS.

## DISCLAIMER

16.     Any term used in the Debtor's Schedules, Statements of Financial Affairs, Statements of Current Monthly Income, Exhibits and Attachment should not be construed as defined by IRS Code, Bankruptcy Code, Bankruptcy Rule or any Federal Rule. The Debtor's vernacular: property; homestead; dwelling; person; individual; residence; reside; income; business; employment; employed; inventory; date; debt or any other term used in preparing of this Global Notes, may or may not be exactly as defined by statues, codes rules and laws and should not be grounds for

any admission or waving of jurisdiction.

Respectfully submitted on this 14th day of March, 2014.

**Ivaylo Tsvetanov Dodev, ARR, *Pro Se*, Debtor**
**6312 South 161st Way, Gilbert, Arizona**
**(480) 457-8888 Phone**

**CERTIFICATE OF SERVICE**

**ORIGINAL** of the foregoing, along with Schedules and Statements is hand-delivered, to The United States Bankruptcy Court for the District of Arizona this 14th day of March, 2014. I certify that the following parties are registered as ECF Filers and that they will be served by the CM/ECF system: ILENE J. LASHINSKY, (#3073), United States Trustee, EDWARD K. BERNATAVICIUS, (#024174), designated Trial Attorney and Christopher J. Dylla.

_____

**Ivaylo Tsvetanov Dodev,** *Pro Se,* **Debtor**
**6312 South 161st Way, Gilbert, Arizona**
**(480) 457-8888 Phone**

# UNITED STATES BANKRUPTCY COURT

### District of Arizona

In re  Ivaylo Tsvetanov Dodev _____ ,     Case No.  2:14-bk-02116-RJH

*Debtor*

Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 293,000.00 | | |
| B - Personal Property | Yes | 4 | $ 228,226.43 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | $ 1,053,160.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 43 | | $ 0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 2,800.00 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 3 | | | $ 2,591.00 |
| TOTAL | | 64 | $ 521,226.43 | $ 1,053,160.00 | |

# UNITED STATES BANKRUPTCY COURT

### District of Arizona

In re  Ivaylo Tsvetanov Dodev _____ ,       Case No.  2:14-bk-02116-RJH
                    *Debtor*

                                                     Chapter ___11___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 0.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income  (from Schedule I, Line 12) | $ | 2,800.00 |
| Average Expenses (from Schedule J, Line 22) | $ | 2,591.00 |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $ | 3,075.00 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 760,160.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 760,160.00 |

In re  Ivaylo Tsvetanov Dodev _____ ,          Case No.  2:14-bk-02116-RJH
                    **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence/Land located at 6312 South 161st Way, Gilbert, AZ | Fee Simple | C | 293,000.00 | 0 |
| | | | | |

Total► | 293,000.00 |

(Report also on Summary of Schedules.)

In re <u>Ivaylo Tsvetanov Dodev</u>,          Case No. <u>2:14-bk-02116-RJH</u>
<b>Debtor</b>                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account at Wells Fargo Bank | H | 3,276.43 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Debtor's wearing apparel | H | 1,000.00 |
| 7. Furs and jewelry. | | Wedding ring, Gold chain | H | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Firearms, Hunting Scopes and gear | H | 6,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | American Family Term Life Insurance Policy | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re   Ivaylo Tsvetanov Dodev                    ,        Case No.   2:14-bk-02116-RJH
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Ownership in Pro Shade Intern., Designed Iron, Designed Stone, Dodev Enterprises, LLC('S) | C | 0.00 |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

In re  Ivaylo Tsvetanov Dodev                        ,        Case No.   2:14-bk-02116-RJH
              **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Tradenames: Dodev Ranch, Pro Shade, Green Home Arizona | C | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Inactive Contractor's and Gaming, Concealed Weapon Permit | H | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003, Mercedes-Benz E320, SEE business inventory attached, Exhibit to Schedule B | J | 8,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Power washer, compressor, power tools, miscellaneous tools | C | 3,500.00 |
| 30. Inventory. | | See business inventory attached, Exhibit | | |
| 31. Animals. | | 3 goats, 6 baby goats, birds | J | 1,000.00 |
| 32. Crops - growing or harvested. Give particulars. | x | | | |
| 33. Farming equipment and implements. | x | | | |
| 34. Farm supplies, chemicals, and feed. | | Animal food | J | 350.00 |
| 35. Other personal property of any kind not already listed. Itemize. | | See business inventory attached, Exhibit to Schedule B, subtotal $ 203,600.00 | | |

_____1___ continuation sheets attached        Total▶        $          228,226.43
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

# EXHIBIT TO SCHEDULE B - PERSONAL PROPERTY
## Infers to line 25 and 35, Personal Property used in
## DBA Americas Treasures and Antiques

| **Inventory:** | **Fair Market Value:** |
|---|---|
| 1986 AM General M925A1 Cargo Truck – Reconditioned | 13,000.00 |
| 1987 AM General M923A1 Cargo Truck | 8,000.00 |
| 1986 AM General M931A1 Tractor Trailer | 8,000.00 |
| 1995 Oskosh MK14 Trailer | 4,000.00 |
| 1995 Oskosh MK14 Trailer | 4,000.00 |
| 1988 Oskosh MK14 Trailer - Reconditioned | 6,000.00 |
| 2003 System & Electronics, Inc., MK14 Trailer - Reconditioned | 4,000.00 |
| 48' Luxury Hunting Cabin/shipping container, kitchen, bathroom, bedroom, storage room placed on 2007 48'gooseneck trailer | 45,000.00 |
| 20' Self-Sustained Emergency Shelter/shipping container, equipped with kitchen, bathroom, solar power system, tv, generator, dual voltage, water recycling system, biological nuclear filter placed on 2006 20' Gooseneck Trailer | 35,000.00 |
| 40' Two bedroom bunk house/shipping container | 12,000.00 |
| 20' Two room shower and toilet unit/shipping container | 12,000.00 |
| Shelter One, 10'x8' A/C unit | 6,000.00 |
| 20'x8' EMP Shelter, A/C, generator, dry toilet | 19,000.00 |
| Small gas generator | 500.00 |
| Big diesel generator | 2,500.00 |
| Atmospheric water generator machine | 700.00 |
| 4 heavy duty shipping container jacks | 2,000.00 |
| Multiple storage containers | 1,500.00 |
| Sleeping cots | 2,000.00 |
| Two Beta Systems 500gal tanks – Reconditioned | 2,500.00 |
| Tree Nuclear Biological filters | 6,000.00 |
| Two Blast Valves | 1,000.00 |
| Miscellaneous copper pots, articles, sterling pots and flatware | 4,000.00 |
| Miscellaneous truck/trailer/shipping container tools/supplies | 4,000.00 |
| Miscellaneous wire spools (used in business) | 900.00 |

**Total of Exhibit to Schedule B**                    **203,600.00**

In re <u>Ivaylo Tsvetanov Dodev</u>,    Case No. <u>2:14-bk-02116-RJH</u>
   *Debtor*                                    *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675.*
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Homestead located 6312 S. 161st Way, Gilbert, AZ | Ariz. Rev. Stat. § 33-1101 (A) | 150,000.00 | 293,000.00 |
| **Minor children Bank Accounts** | **Ariz. Rev. Stat. § 33-1126 (A)2** | 1,009.39 | 1,009.39 |
| Debtor's Wearing Apparel | Ariz. Rev. Stat. § 33-1125 (1) | 1,000.00 | 1,000.00 |
| **Debtor's Wedding ring, Gold chain** | **Ariz. Rev. Stat. § 33-1125 (4)** | 2,000.00 | 1,000.00 |
| Firearms | Ariz. Rev. Stat. § 33-1125 (7) | 1,000.00 | 5,000.00 |
| **Debtor's family car** | **Ariz. Rev. Stat. § 33-1125 (8)** | 12,000.00 | 8,500.00 |
| Ranch Animas | Ariz. Rev. Stat. § 33-1125 (3) | 1,000.00 | 1,000.00 |
| **Animal food** | **Ariz. Rev. Stat. § 33-1130 (2)** | 5,000.00 | 350.00 |
| Right to Amend | All Exemptions in Title 32, Ch. 8 of Ariz. Rev. Stat. | | |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re Ivaylo Tsvetanov Dodev_____,     Case No. _2:14-bk-02116-RJH_
                              **Debtor**                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6531180433<br><br>First Magnus Financial Corporation<br>603 North Wilmot Road<br>Tucson, AZ 85711 | | H | First Mortgage<br>23410 S 161st Way, Gilbert, AZ 85297<br>VALUE $ 681,750.00 | X | X | X | 0.00 | 0.00 |
| ACCOUNT NO. 3020127177<br><br>First Magnus Financial Corporation<br>603 North Wilmot Road<br>Tucson, AZ 85711 | | H | HELOC<br>23410 S 161st Way, Gilbert, AZ 85297<br>VALUE $ 124,100.00 | X | X | X | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>c/o Ivaylo Dodev<br>6312 South 161st Way<br>Gilbert, Arizona | | H | Secured Interest in Real Property, Doc. 18-1, 2:13-CV-02155-GMS<br>VALUE $ 1,053,160.00 | | | | 1,053,160.00 | 760,160.00 |

|   5   continuation sheets attached | Subtotal ▶<br>(Total of this page) | $ 1,053,160.00 | $ 760,160.00 |
|---|---|---|---|
| | Total ▶<br>(Use only on last page) | $ 1,053,160.00 | $ 760,160.00 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**EXHIBIT TO SCHEDULE D – SECURED INTEREST**

Recording Requested By:
Ivaylo Dodev

When recorded mail documents to:
Ivaylo Dodev
6312 S 161st Way
Gilbert, AZ 85298

# AFFIDAVIT OF SECURED INTEREST
# OF IVAYLO DODEV

|  |  |
|---|---|
| STATE OF ARIZONA | ) |
|  | ) SS |
| COUNTY OF MARICOPA | ) |

Comes now, Ivaylo Dodev, hereinafter known as Affiant; being of sound mind, competent to testify and being over the age of 21 years, after first being duly sworn according to law to tell the truth to the facts related herein, states the he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1.  Your Affiant, Ivaylo Dodev, entered into an agreement to purchase specific real property on the 16th of July, 2004.

2.  Your Affiant, Ivaylo Dodev, notices that the address of said property is 6312 South 161st Way, Gilbert, Arizona 85298.

3.  Your Affiant, Ivaylo Dodev, notices that the legal description of said property is as attached. See EXHIBIT A.

4.  Your Affiant, Ivaylo Dodev, had a mortgage agreement specific to said property in which the sales price was $385,000.00

5.  Your Affiant, Ivaylo Dodev, made a down payment of $19,300.00, paid to the Sellers, JUSTIN C. FRANKS AND DAIDRIA FRANKS, through CAPITAL TITLE AGENCY, INC., AN ARIZONA CORP on July 21, 2004.

6.  As of September 29th 2008, Your Affiant, Ivaylo Dodev, made payments totaling $120,000.00. (All Loan Servicing Companies, which include first's, second's, refinanced loans, Home Equity Lines of Credit, Taxes, Insurance, etc.) to multiple alleged servicers,

1

pursuant to the alleged loan agreement specific to the purchase of the above described property, including but not limited to Select Portfolio Servicing, Inc.

7. Your Affiant, Ivaylo Dodev, as of the 8th of July, 2013, has Nine Years (Original loan date to present) of maintenance and upkeep of said property, which have an approximate value of $807,760.00. See exhibit B

8. Your Affiant, Ivaylo Dodev, has made improvements to said property, from the time of original purchase, which has an approximate value of $106,100.00. See exhibit B.

9. Your Affiant, Ivaylo Dodev, has a total secured interest in the above referenced property, as of 10th of July, 2013, of approximately $1,053,160.00 (Total amount of all payments made on 4-9).

10. To date, no party has made any offer to Your Affiant, Ivaylo Dodev, to settle Affiant's interest in said property.

11. Further, Affiant sayeth naught

Offered at Arm's Length on this 15-th day of July 2013

By: _____

I, Ivaylo Dodev, ARR, Explicitly Without Prejudice

STATE OF ARIZONA             )
                                 ) SS

COUNTY OF MARICOPA       )

Subscribed and sworn to (or affirmed) before me on this 15 day of July, 2013 by Ivaylo Dodev, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, as his free will act and deed, for the purposes and considerations therein expressed. I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing statement is true and correct. WITNESS my hand and the official seal.

Executed by my own free will

_____ (Seal)

Notary Public

Curtis Feller
NOTARY PUBLIC
MARICOPA COUNTY, ARIZONA
My Commission Expires
04-28-2015

2

# EXHIBIT A

## *PROPERTY LEGAL DESCRIPTION*

**PHYSICAL ADDRESS:**
# 6312 South 161st Way, Gilbert, Arizona 85298

*Legal Description*

Commencing at the Southwest corner of Section 22;

Thence North 90 degrees 00 minutes 00 seconds East, a distance of 1284.85 feet;

Thence North 00 degrees 00 minutes 00 seconds East, a distance of 415.05 feet;

Thence South 90 degrees 00 minutes 00 seconds West, a distance of 193.02 feet to the point of beginning;

Thence South 90 degrees 00 minutes 00 seconds West, a distance of 367.57 feet;

Thence North 00 degrees 03 minutes 42 seconds East, a distance of 9.56 feet;

Thence North 18 degrees 49 minutes 40 seconds East, a distance of 266.94 feet;

Thence North 90 degrees 00 minutes 00 seconds East, a distance of 279.44 feet;

Thence South 00 degrees 25 minutes 50 seconds East, a distance of 262.23 feet to the point of beginning.

*The Above Legal Description is the same property conveyed in deed recorded 07/26/2004 as Instrument No. 20040852027 in the Official Records of Maricopa County Recorder Helen Purcell.*

3

# EXHIBIT B
## *IMPROVEMENTS AND MAINTENANCE*

## 6312 South 161st Way, Gilbert, Arizona 85298

*Legal Description*
*See Attached Exhibit A*
*Instrument No. 20040852027*

IMPROVEMENTS FROM JULY 25, 2004 TO JULY 10, 2013
Built Barn: $ 65,000.00
Window Tinting, Coverings and Repairs: $ 3,500.00
AC Repair: $ 4,000.00
Garage- Built In Cabinets and Door Insulation: $1,200.00
New wood floors: $6,000.00
Landscaping- Planting Orchard: $13,400.00
Water Softener: $2,200.00
Reverse Osmosis System: $600.00
Fencing, Decorative Columns: $9,000.00
Water Heater: $1,200.00

**TOTAL: $106,100.00**

MAINTENANCE AND UPKEEP FROM JULY 25, 2004 TO JULY 10, 2013
Weed/Pest Control: $1,260.00
Landscape: $9,500.00
Irrigation of Pastures: $5,800.00
Air Filters: $700.00
Carpet/House Cleaning: $1,500.00
Total Maintenance at $10.00 per hour 24/7: ≈$789,000.00

**TOTAL: $807,760.00**

4

B6E (Official Form 6E) (04/13)

In re __Ivaylo Tsvetanov Dodev__ ,   Case No. __2:14-bk-02116-RJH__
_____Debtor_____                         _____(if known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) – Cont.

In re   Ivaylo Tsvetanov Dodev                            ,        Case No.   2:14-bk-02116-RJH
_____                                    _____
                *Debtor*                                                    *(if known)*


☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


_____1_____  continuation sheets attached

In re  Ivaylo Tsvetanov Dodev ,    Case No. 2:14-bk-02116-RJH
_____
*Debtor*              *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __1__ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page) — $ 0.00 | $ 0.00 | 0.00

Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) — $ 0.00

Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) — $ 0.00 | $ 0.00

In re __Ivaylo Tsvetanov Dodev_____,          Case No.  __2:14-bk-02116-RJH_____
           **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bank of New York Mellon C. CWALT INC ALT 2007-OA7, One Wall Street, NY 10286 | | H | Debtor submitted FOUR Good Faith Offer to Pay the Total Amount Due. See Exhibit A to Schedule F | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Real Time Resolutions, Inc. 349 Empire Central Drive Ste 150, Dallas, TX 75247 | | H | See Exhibit B to Schedule F | X | X | X | 0.00 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

|  |  |
|---|---|
| Subtotal▶ | $ 0.00 |

__42__ continuation sheets attached

|  |  |
|---|---|
| Total▶ | $ |
| (Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | 0.00 |

**In re** Ivaylo Tsvetanov Dodev,
Debtor

Case No. 2:14-bk-02116-RJH

## EXHIBIT "A" TO SCHEDULE F –
## CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

# Offer to Pay the Entire Amount Due

# Offer Number I

## Sent to all Defendants

## via Certified Mail with Return Receipt

**Ivaylo T Dodev**
c/o 6312 S 161st Way,
Gilbert Arizona 85298

## NOTICE OF DEFAULT AND OPPORTUNITY TO CURE WITH NEW GOOD-FAITH OFFER TO PAY THE TOTAL AMOUNT DUE

January 14, 2013

To:    All Related Lenders, Servicers and Trustees

Matt Hollingsworth, CEO of Select Portfolio Servicing, Inc.
3815 South West Temple
Salt Lake City, UT 84115

RE: Loan/Account No. 0014052088, for 6312 S 161st Way, Gilbert, AZ 85298

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT.
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

To all related lenders, servicers, and trustees:

I, the undersigned, Ivaylo T Dodev, some time ago made a good-faith OFFER TO PAY THE TOTAL AMOUNT DUE in the form of an Electronic Funds Transfer (EFT) Instrument. It is well documented that your officers, agents, or employees failed, refused, or neglected to either accept it, or reject it, according to well-settled Uniform Commercial Code (UCC) and American Jurisprudence procedures.

Under the American laws of Presentment, I am hereby presenting you with my DUE PROCESS NOTICE OF DEFAULT AND OPPORTUNITY TO CURE.

Due to the large amount of cash involved, and the need for accuracy, this new Good-Faith OFFER TO PAY THE TOTAL AMOUNT DUE, is lawfully made with the reasonable condition of your Presentment to the undersigned, of an itemized and Verified PAYOFF STATEMENT, including any and all, principal, interest, taxes, insurance, late fees, penalties, escrow fees, and/or other charges actually due and payable on a future date set certain.

**OFFER TO PAY THE TOTAL AMOUNT DUE – Ivaylo T Dodev**

I also need the actual street address wherein I can bring the total amount of cash due, to exchange for my *original* Trust Deed or Mortgage and Promissory Note in order to lawfully complete and finalize this transaction.

If this final transaction is to be held at a third-party escrow company, I will also need to know their name, address, and phone number to be able to fulfill my part of the obligation in this good-faith final transaction.

I am also requesting that this material information be presented to me within a reasonable ten (10) days as **TIME IS OF THE ESSENCE**.


Sincerely,

Ivaylo T Dodev

COPY:
Brian T. Moynihan, CEO of Bank of America
Bank of America, Co0-000-00-00, 100 North Tyron Street, Charlotte, NC 28255-0001

Valerie Young, Customer Advocate, Office of the CEO and President
Bank of America, Co0-000-00-00, 100 North Tyron Street, Charlotte, NC 28255-0001

Payoff Department
Bank of America, Tx2-981-03-13, 7105 Corporate Drive, Plano, TX 75024

Michael J. Meehan
Blank Rome LLP, One Logan Square, 130 North 18th Street, Philadelphia, PA 19103-6998

Gerald Hassell, CEO and President of Bank of New York Mellon
Bank of New York Mellon, One Wall Street, New York, NY 10286

Candice Pitcher, Vice President of Compliance
3815 South West Temple, Salt Lake City, UT 84115

Comptroller of the Currency
Administrator of National Banks, Washington, DC 20219

 **UNITED STATES POSTAL SERVICE.**

Date: 02/10/2013

IVAYLO DODEV:

The following is in response to your 02/10/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 2133. The delivery record shows that this item was delivered on 01/16/2013 at 10:17 AM in SALT LAKE CITY, UT 84115 to W DANIELS. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service





# UNITED STATES
# POSTAL SERVICE.

Date: 02/10/2013

IVAYLO DODEV:

The following is in response to your 02/10/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 2126. The delivery record shows that this item was delivered on 01/17/2013 at 10:53 AM in NEW YORK, NY 10007 to F ROBINSON. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service





**UNITED STATES**
**POSTAL SERVICE.**

Date: 02/10/2013

IVAYLO DODEV:

The following is in response to your 02/10/2013 request for delivery information on your
Signature Confirmation(TM) item number 2311 0770 0000 4732 2096. The delivery record
shows that this item was delivered on 01/16/2013 at 11:44 AM in CHARLOTTE, NC 28255 to
M DURHAM. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service




**UNITED STATES**
**POSTAL SERVICE.**

Date: 02/10/2013

IVAYLO DODEV:

The following is in response to your 02/10/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 2140. The delivery record shows that this item was delivered on 01/16/2013 at 10:17 AM in SALT LAKE CITY, UT 84115 to W DANIELS. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service




**UNITED STATES**
**POSTAL SERVICE.**

Date: 02/10/2013

**IVAYLO DODEV:**

The following is in response to your 02/10/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 2102. The delivery record shows that this item was delivered on 01/16/2013 at 11:44 AM in CHARLOTTE, NC 28255 to M DURHAM. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service





**UNITED STATES**
**POSTAL SERVICE.**

Date: 02/10/2013

IVAYLO DODEV:

The following is in response to your 02/10/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 2157. The delivery record shows that this item was delivered on 01/17/2013 at 08:55 AM in PHILADELPHIA, PA 19103 to M URICOECHEA. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service





**UNITED STATES**
**POSTAL SERVICE**

Date: 02/10/2013

IVAYLO DODEV:

The following is in response to your 02/10/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 2119. The delivery record shows that this item was delivered on 01/17/2013 at 02:14 PM in PLANO, TX 75024 to S WHITMORE. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:  7105 Corporate

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



# Offer to Pay the Entire Amount Due

# Offer Number II

## Sent to all Defendants

## via Certified Mail with Return Receipt

**Ivaylo T Dodev**
c/o 6312 S 161st Way,
Gilbert Arizona 85298

# NEW NOTICE OF DEFAULT AND OPPORTUNITY TO CURE, WITH NEW GOOD-FAITH OFFER TO PAY THE TOTAL AMOUNT DUE

January 31, 2013

To:   All Related Lenders, Servicers and Trustees

**Matt Hollingsworth, CEO of Select Portfolio Servicing, Inc.**
**3815 South West Temple**
**Salt Lake City, UT 84115**

RE: Loan/Account No. 0014052088 AKA 147338494, for 6312 S 161st Way, Gilbert, AZ 85298, AKA 23410 S 161st way, Gilbert AZ 85297

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

To all related lenders, servicers, and trustees, c/o the President and CEO of Select Portfolio Servicing.:

I, the undersigned, Ivaylo T Dodev, hereby again, makes another good-faith OFFER TO PAY THE TOTAL AMOUNT DUE.

Under the American laws of Presentment, I am hereby presenting you with my DUE PROCESS NOTICE OF DEFAULT AND OPPORTUNITY TO CURE.

Due to the large amount of cash involved, and the need for accuracy, this new Good-Faith OFFER TO PAY THE TOTAL AMOUNT DUE, is lawfully made with the reasonable condition of your Presentment to the undersigned, of an itemized and Verified PAYOFF STATEMENT, including any and all, principal, interest, taxes, insurance, late fees, penalties, escrow fees, and/or other charges actually due and payable on a future date set certain.

Again, I also need the actual street address wherein I can bring the total amount of cash due, to exchange for my *original* Trust Deed or Mortgage and Promissory Note

in order to lawfully complete and finalize this transaction.

Again, if this final transaction is to be held at a third-party escrow company, I will also need to know their name, address, and phone number to be able to fulfill my part of the obligation in this good-faith final transaction.

Again, I am also requesting that this material information be presented to me within a reasonable ten (10) days as **TIME IS OF THE ESSENCE**.

Sincerely,

Ivaylo T Dodev

COPY:
Brian T. Moynihan, CEO of Bank of America
Bank of America, Co0-000-00-00,100 North Tyron Street, Charlotte, NC 28255-0001

Valerie Young, Customer Advocate, Office of the CEO and President
Bank of America, Co0-000-00-00, 100 North Tyron Street, Charlotte, NC 28255-0001

Payoff Department
Bank of America, Tx2-981-03-13, 7105 Corporate Drive, Plano, TX 75024

Michael J. Meehan/Blank Rome LLP
One Logan Square, 130 North 18th Street, Philadelphia, PA 19103-6998

Gerald Hassell, CEO and President of Bank of New York Mellon
Bank of New York Mellon, One Wall Street, New York, NY 10286

Candice Pitcher, Vice President of Compliance
3815 South West Temple, Salt Lake City, UT 84115

Comptroller of the Currency
Administrator of National Banks, Washington, DC 20219



**UNITED STATES**
**POSTAL SERVICE.**

Date: 02/10/2013

IVAYLO DODEV:

The following is in response to your 02/10/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 3642. The delivery record shows that this item was delivered on 02/04/2013 at 08:09 AM in SALT LAKE CITY, UT 84115 to W DANIELS. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service




**UNITED STATES
POSTAL SERVICE**

Date: 02/10/2013

IVAYLO DODEV:

The following is in response to your 02/10/2013 request for delivery information on your
Signature Confirmation(TM) item number 2311 0770 0000 4732 3666. The delivery record
shows that this item was delivered on 02/05/2013 at 10:09 AM in PHILADELPHIA, PA 19103
to M URICOECHEA. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service




**UNITED STATES**
**POSTAL SERVICE.**

Date: 02/10/2013

IVAYLO DODEV:

The following is in response to your 02/10/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 3659. The delivery record shows that this item was delivered on 02/05/2013 at 08:03 AM in CHARLOTTE, NC 28255 to M DURHAM. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service




**UNITED STATES**
**POSTAL SERVICE**

Date: 02/10/2013

IVAYLO DODEV:

The following is in response to your 02/10/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 3635. The delivery record shows that this item was delivered on 02/04/2013 at 08:09 AM in SALT LAKE CITY, UT 84115 to W DANIELS. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient: 3811 S. West Temple

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



 **UNITED STATES POSTAL SERVICE.**

Date: 02/10/2013

IVAYLO DODEV:

The following is in response to your 02/10/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 3673. The delivery record shows that this item was delivered on 02/04/2013 at 06:05 AM in CHARLOTTE, NC 28255 to M DURHAM. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service





**UNITED STATES**
**POSTAL SERVICE**

Date: 02/10/2013

IVAYLO DODEV:

The following is in response to your 02/10/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 3628. The delivery record shows that this item was delivered on 02/04/2013 at 10:58 AM in NEW YORK, NY 10007 to F ROBINSON. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



# Offer to Pay the Entire Amount Due

# Offer Number III

## Sent to all Defendants

## via Certified Mail with Return Receipt

# Ivaylo T Dodev
## c/o 6312 S 161st Way,
## Gilbert Arizona 85298

### NOTICE OF DEFAULT AND OPPORTUNITY TO CURE WITH NEW GOOD-FAITH OFFER TO PAY THE TOTAL AMOUNT DUE

February 19, 2013

To:    All Related Lenders, Servicers and Trustees

**Matt Hollingsworth, CEO of Select Portfolio Servicing, Inc.**
**3815 South West Temple**
**Salt Lake City, UT 84115**

RE: Loan/Account No. 0014052088 for 6312 S 161st Way, Gilbert, AZ 85298, AKA 23410 S 161st way, Gilbert AZ 85297

### NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

To all related lenders, servicers, and trustees, c/o SELECT PORTFOLIO SERVICING, INC.

I, the undersigned, Ivaylo T Dodev, hereby again, makes another good-faith OFFER TO PAY THE TOTAL AMOUNT DUE.

Under the American laws of Presentment, I am hereby presenting you with my DUE PROCESS NOTICE OF DEFAULT AND OPPORTUNITY TO CURE.

Due to the large amount of cash involved, and the need for accuracy, this new Good-Faith OFFER TO PAY THE TOTAL AMOUNT DUE, is lawfully made with the reasonable condition of your Presentment to the undersigned, of an itemized and Verified PAYOFF STATEMENT, including any and all, principal, interest, taxes, insurance, late fees, penalties, escrow fees, and/or other charges actually due and payable on a future date set certain.

Again, I also sincerely believe that I have a right to see court admissible evidence that would prove that all Trust Deed and Promissory Note transfers from the original

lender to the last purchaser were lawfully endorsed as required by law, rendering the last purchaser as the "holder in due course," and not merely a "holder," and thus has lawful standing to foreclose.

Again, I also need the actual street address wherein I can bring the total amount of cash due, to exchange for my *original* Trust Deed or Mortgage and Promissory Note in order to lawfully complete and finalize this transaction.

Again, if this final transaction is to be held at a third-party escrow company, I will also need to know their name, address, and phone number to be able to fulfill my part of the obligation in this good-faith final transaction.

Again, I am also requesting that this material information be presented to me within a reasonable ten (10) days as **TIME IS OF THE ESSENCE**.

Sincerely,

_Ivaylo Dodev_

Ivaylo T Dodev

COPY:
Brian T. Moynihan, CEO of Bank of America
Bank of America, Co0-000-00-00, 100 North Tryon Street, Charlotte, NC 28255-0001

Valerie Young, Customer Advocate, Office of the CEO and President
Bank of America, Co0-000-00-00, 100 North Tryon Street, Charlotte, NC 28255-0001

Payoff Department
Bank of America, Tx2-981-03-13, 7105 Corporate Drive, Plano, TX 75024

Michael J. Meehan
Blank Rome LLP, One Logan Square, 130 North 18th Street, Philadelphia, PA 19103-6998

Gerald Hassell, CEO and President of Bank of New York Mellon
Bank of New York Mellon, One Wall Street, New York, NY 10286

KaJay Williams, Consumer Ombudsman Specialist
Candice Pitcher, Vice President of Compliance
3815 South West Temple, Salt Lake City, UT 84115

Comptroller of the Currency
Administrator of National Banks, Washington, DC 20219

**OFFER TO PAY THE TOTAL AMOUNT DUE** – Ivaylo T Dodev



**UNITED STATES POSTAL SERVICE.**

Date: 03/04/2013

IVAYLO DODEV:

The following is in response to your 03/04/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 3833. The delivery record shows that this item was delivered on 02/21/2013 at 10:19 AM in SALT LAKE CITY, UT 84115 to W DANIELS. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



 **UNITED STATES POSTAL SERVICE**

Date: 03/04/2013

IVAYLO DODEV:

The following is in response to your 03/04/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 3871. The delivery record shows that this item was delivered on 02/22/2013 at 10:35 AM in NEW YORK, NY 10007 to F ROBINSON. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient: 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service





**UNITED STATES POSTAL SERVICE.**

Date: 03/04/2013

IVAYLO DODEV:

The following is in response to your 03/04/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 3840. The delivery record shows that this item was delivered on 02/22/2013 at 09:00 AM in PHILADELPHIA, PA 19103 to M URICOECHEA. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service





**UNITED STATES POSTAL SERVICE.**

Date: 03/04/2013

IVAYLO DODEV:

The following is in response to your 03/04/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 3864. The delivery record shows that this item was delivered on 02/25/2013 at 07:09 AM in CHARLOTTE, NC 28255 to M DURHAM. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service





**UNITED STATES POSTAL SERVICE**

Date: 03/04/2013

IVAYLO DODEV:

The following is in response to your 03/04/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 3857. The delivery record shows that this item was delivered on 02/25/2013 at 07:09 AM in CHARLOTTE, NC 28255 to M DURHAM. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service




**UNITED STATES POSTAL SERVICE.**

Date: 03/04/2013

IVAYLO DODEV:

The following is in response to your 03/04/2013 request for delivery information on your Signature Confirmation(TM) item number 2311 0770 0000 4732 3826. The delivery record shows that this item was delivered on 02/21/2013 at 10:19 AM in SALT LAKE CITY, UT 84115 to W DANIELS. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



**Offer to Pay the Entire Amount Due**

# Offer Number IV

**Sent to all Defendants**

**via Certified Mail with Return Receipt**

**Ivaylo T Dodev**
c/o 6312 S 161ˢᵗ Way,
Gilbert Arizona 85298

## NOTICE OF DEFAULT AND OPPORTUNITY TO CURE
## WITH NEW GOOD-FAITH OFFER TO PAY
## THE TOTAL AMOUNT DUE

March 5, 2013

To:     All Related Lenders, Servicers and Trustees

Matt Hollingsworth, CEO of Select Portfolio Servicing, Inc.
3815 South West Temple
Salt Lake City, UT 84115

RE: Loan/Account No. 0014052088, AKA 147338494, for 6312 S 161ˢᵗ Way, Gilbert, AZ 85298, AKA 23410 S 161ˢᵗ way, Gilbert AZ 85297

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT.
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

To all related lenders, servicers and trustees, c/o Select Portfolio Servicing, Inc.

I, the undersigned, Ivaylo T. Dodev, hereby again, makes yet another good-faith OFFER TO PAY THE TOTAL AMOUNT DUE.

Under the American laws of Presentment, I am hereby presenting you with my DUE PROCESS NOTICE OF DEFAULT AND OPPORTUNITY TO CURE.

Due to the large amount of cash involved, and the need for accuracy, this new Good-Faith OFFER TO PAY THE TOTAL AMOUNT DUE, is lawfully made with the reasonable condition of your Presentment to the undersigned, of an itemized and Verified PAYOFF STATEMENT, including any and all, principal, interest, taxes, insurance, late fees, penalties, escrow fees, and/or other charges actually due and payable on a future date set certain.

Again, I also sincerely believe that I have a right to see court admissible evidence that would prove that all Trust Deed or Mortgage, and Promissory Note transfers from the original lender to the last purchaser were lawfully endorsed as required by law,

**OFFER TO PAY THE TOTAL AMOUNT DUE – Ivaylo T Dodev**

rendering the last purchaser as the "holder in due course," and not merely a "holder," and thus has lawful standing to foreclose.

I also sincerely believe that I am entitled to see admissible evidence that will prove all document endorsements were not signed by people who were actually known as Robo-signers.

Again, I also need the actual street address wherein I can bring the total amount of cash due, to exchange for my *original* Trust Deed or Mortgage and Promissory Note in order to lawfully complete and finalize this transaction.

Again, if this final transaction is to be held at a third-party escrow company, I will also need to know their name, address, and phone number to be able to fulfill my part of the obligation in this good-faith final transaction.

Again, I am also requesting that this material information be presented to me within a reasonable ten (10) days as **TIME IS OF THE ESSENCE**.

Sincerely,

Ivaylo T. Dodev

COPY:

Brian T. Moynihan, CEO of Bank of America
Bank of America, Co0-000-00-00,100 North Tyron Street, Charlotte, NC 28255-0001

Dominic Ware, Customer Advocate, Office of the CEO and President
Valerie Young, Customer Advocate, Office of the CEO and President
Bank of America, Co0-000-00-00, 100 North Tyron Street, Charlotte, NC 28255-0001

Payoff Department
Bank of America, Tx2-981-03-13, 7105 Corporate Drive, Plano, TX 75024

Louise Bowes, Michael J. Meehan, Courtney Magnarella
Blank Rome LLP, One Logan Square, 130 North 18th Street, Philadelphia, PA 19103-6998

OFFER TO PAY THE TOTAL AMOUNT DUE – Ivaylo T Dodev

Gerald Hassell, CEO and President of Bank of New York Mellon
Bank of New York Mellon, One Wall Street, New York, NY 10286

Candice Pitcher, Vice President of Compliance
3815 South West Temple, Salt Lake City, UT 84115

KaJay Williams, Consumer Ombudsman Specialist
Mindy Bee, Relationship Manager
P.O Box 65250
Salt Lake City, Utah 84165

Consumer Financial Protection Bureau
P.O. Box 4503
Iowa City, IA 52244

Comptroller of the Currency
Administrator of National Banks, Washington, DC 20219

**OFFER TO PAY THE TOTAL AMOUNT DUE** – Ivaylo T Dodev

USPS.com® - Track & Confirm

| English | Customer Service | USPS Mobile | | | Register / Sign In |
|---------|------------------|-------------|---|---|-----------------------|

**USPS.COM**

Search USPS.com or Track Packages

| Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions |
|-------------|----------------|-----------|------------------|------|--------------------|

# Track & Confirm

GET EMAIL UPDATES     PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|-------------------|---------|---------------------|-------------|----------|----------|
| 9505510219393064481628<br>Show Details | Priority Mail® | Delivered | March 07, 2013, 10:13 am | SALT LAKE CITY, UT 84165 | Expected Delivery By:<br>March 7, 2013<br>USPS Tracking / Delivery Confirmation™ |
| 9505510219393064481970<br>Show Details | Priority Mail® | Delivered | March 08, 2013, 6:42 am | IOWA CITY, IA 52244 | Expected Delivery By:<br>March 8, 2013<br>USPS Tracking / Delivery Confirmation™ |
| 9505510219393064492182<br>Show Details | Priority Mail® | Delivered | March 07, 2013, 9:11 am | PHILADELPHIA, PA 19103 | Expected Delivery By:<br>March 7, 2013<br>USPS Tracking / Delivery Confirmation™ |
| 9505510219393064492366<br>Show Details | Priority Mail® | Delivered | March 07, 2013, 10:28 pm | CHARLOTTE, NC 28255 | Expected Delivery By:<br>March 7, 2013<br>USPS Tracking / Delivery Confirmation™ |
| 9505510219393064492664<br>Show Details | Priority Mail® | Delivered | March 07, 2013, 1:55 pm | NEW YORK, NY 10007 | Expected Delivery By:<br>March 7, 2013<br>USPS Tracking / Delivery Confirmation™ |
| 9505510219393064492755<br>Show Details | Priority Mail® | Delivered | March 07, 2013, 10:14 am | SALT LAKE CITY, UT 84116 | Expected Delivery By:<br>March 7, 2013<br>USPS Tracking / Delivery Confirmation™ |
| 9505510219393064492944<br>Show Details | Priority Mail® | Delivered | March 07, 2013, 10:28 pm | CHARLOTTE, NC 28255 | Expected Delivery By:<br>March 7, 2013<br>USPS Tracking / Delivery Confirmation™ |
| 9505510219393064493158<br>Show Details | Priority Mail® | Delivered | March 07, 2013, 10:14 am | SALT LAKE CITY, UT 84116 | Expected Delivery By:<br>March 7, 2013<br>USPS Tracking / Delivery Confirmation™ |

GET EMAIL UPDATES     PRINT DETAILS

**Check on Another Item**

What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|-------|-------------|-------------------|------------------|
| Privacy Policy ›<br>Terms of Use ›<br>FOIA ›<br>No FEAR Act EEO Data › | Government Services ›<br>Buy Stamps & Shop ›<br>Print a Label with Postage ›<br>Customer Service ›<br>Site Index › | About USPS Home ›<br>Newsroom ›<br>Mail Service Updates ›<br>Forms & Publications ›<br>Careers › | Business Customer Gateway ›<br>Postal Inspectors ›<br>Inspector General ›<br>Postal Explorer › |

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action

3/20/2013

August 6, 2013                                    USPS certified mail # 23/10770 0000 5740 9879

IVAYLO DODEV
6312 S 161ST WAY
GILBERT, AZ 85298

RE: Creditor Account #0014052088

On July 2, 2013, I directed a letter to you demanding that you specifically provide lawful bona fide proof of your alleged claim in this instant matter and to present this proof by lawfully designated means. (See attached letter).

This letter is lawful notification, NOTICE TO SUE, to SELECT PORTFOLIO SERVING, INC., (DEBT COLLECTOR). Please be advised you have failed to respond properly to the letter you received on July 2, 2013 by USPS, certified mail # 911490107574238810503

SELECT PORTFOLIO SERVICING, INC. has NOT proven the following as requested on July 2, 2013

1.   A copy of the contract that binds myself, Ivaylo Dodev, and DEBT COLLECTOR
2.   PROOF OF CLAIM via certified, notarized, specific, and relevant documents that DEBT COLLECTOR:
     a.   Has any contract or agreement which lawfully compels Ivaylo Dodev to accept and/or respond to any communications from DEBT COLLECTOR
     b.   Is a lawful and valid party of interest in this matter pursuant to Federal Debt Collection Act, Civil Rules of Procedure in the State of Arizona (See also Federal Rules of Civil Procedure 17(a))
     c.   Is not an unrelated third party
     d.   Is not an unrelated third party debt collector
     e.   Did not purchase this alleged debt for an agreed upon cost from an alleged other COMPANY, CORPORATION, or Party
     f.   Is not acting on its own behalf and/or interests in this instant matter.

Therefore, you have acquiesced and agreed that you have no legal and lawful authority to contact me regarding this private and personal matter. If you continue in your fraudulent efforts to collect a debt that is not owed to you, I will take all steps to insure that my rights are not further violated, including a timely lawsuit against you if you continue with this course of action.

Do not attempt to contact me via phone as I cannot validate or verify the person on the phone so I will only respond to written correspondence addressed to: Ivaylo Dodev, 6312 South 161st Way, Gilbert, Arizona. If you disagree with anything in this letter, then rebut that with which you disagree, in writing, with particularity, to me, within 10 days of this letter's date, and support your disagreement with evidence, fact and valid Law. Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who represent you.

All Rights Reserved,

*Ivaylo Dodev*
Ivaylo Dodev

STATE OF ARIZONA          )
                          ) SS
COUNTY OF MARICOPA        )

Subscribed and sworn to (or affirmed) before me on this _____ day of August __, 2013 by Ivaylo Dodev, proved to me on the basis of satisfactory evidence to be the man who appeared before me.

Executed by my own free will

_____ (Seal)
Notary Public

Lizette Cornejo
Notary Public
Maricopa County, Arizona
My Comm. Expires 09-30-15

June 2, 2013

IVAYLO DODEV
6312 S 161ST WAY
GILBERT, AZ 85298

RE: Creditor Account #0014052088

This letter is lawful notification to SELECT PORTFOLIO SERVING, INC., (DEBT COLLECTOR), as the first step of due process of law pursuant to Sec. 806 of Fair Debt Collection Practices Act, the Bill of Rights and the Federal Constitution, in particular Amendments 1, 4, 5, 7, and 14. Please take Notice that Ivayo Dodev requires **BONA FIDE PROOF (in good faith and without deceit) that your claim is lawful and valid.**

Please take lawful notice that in order to effect this *BONA FIDE PROOF*, Error! Reference source not found.,via any legally authorized representative, is lawfully required and hereby demanded to respond point by point in Truth, Fact, and Evidence to each and every item set forth in this correspondence before Ivaylo Dodev or his Authorized Representative can make an offer to settle DEBT COLLECTOR alleged claim in this matter.

Please provide the following:

1. A copy of the contract that binds myself, Ivaylo Dodev, and DEBT COLLECTOR
2. PROOF OF CLAIM via certified, notarized, specific, and relevant documents that DEBT COLLECTOR:

   a. Has any contract or agreement which lawfully compels Ivaylo Dodev to accept and/or respond to any communications from DEBT COLLECTOR
   b. Is a lawful and valid party of interest in this matter pursuant to Federal Debt Collection Act, Civil Rules of Procedure in the State of Arizona (See also Federal Rules of Civil Procedure 17(a)).
   c. Is not an unrelated third party
   d. Is not an unrelated third party debt collector
   e. Did not purchase this alleged debt for an agreed upon cost from an alleged other COMPANY, CORPORATION, or Party
   f. Is not acting on its own behalf and/or interests in this instant matter.

Please have your legally authorized representative respond via signed affidavit, under pain and penalty of perjury, and enclose copies of all relevant documents that demonstrate BONA FIDE PROOF OF YOUR CLAIM within 30 (thirty) days of receipt of this letter, via certified mail. TIME IS OF THE ESSENCE.

Your failure to respond in truth, fact, and evidence, to each of the above items, point by point as stipulated, is SELECT PORTFOLIO SERVING, INC.'S, (DEBT COLLECTOR), admission to the fact DEBT COLLECTOR has no valid claim in this instant matter and DEBT COLLECTOR, and its agents or principals, are attempting to take my property through theft by deception or larceny by trickery; both of which are felonies. Your silence is your tacit admission to the fact that you have no valid claim in this instant matter.

All Rights Reserved,

Ivaylo Dodev

**UNITED STATES**
**POSTAL SERVICE.**

Date: August 12, 2013

Ivaylo Dodev:

The following is in response to your August 12, 2013 request for delivery information on your Signature Confirmation™ item number 23110770000057409879. The delivery record shows that this item was delivered on August 8, 2013 at 10:06 am in SALT LAKE CITY, UT 84115 to W DANIELS. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



In re    **Ivaylo Tsvetanov Dodev,**
        **Debtor**

# EXHIBIT "B" TO SCHEDULE F –
## CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

October 29, 2013

IVAYLO DODEV
6312 S 161ST WAY
GILBERT, AZ 85298

RE: Creditor Account # 0148456005

**On October 1, 2013, I directed a letter to you demanding that you specifically provide lawful bona fide proof of your alleged claim in this instant matter and to present this proof by lawfully designated means. (See attached letter).**

**This letter is a LAWFUL NOTIFICATION, NOTICE TO SUE, to REAL TIME RESOLUTIONS, INC., (DEBT COLLECTOR). Please be advised that you have failed to respond, PROPERLY, to the letter you received on October 4, 2013 by USPS, certified mail # 70130600000036094681. A lawsuit has been filed against BANK OF AMERICA, N.A. Et AL by Ivaylo Dodev as Plaintiff [CV-13-02155-PHX-GMS] for selling alleged debt to 3rd parties, as REAL TIME RESOLUTIONS, INC., Et. Seq. As a Plaintiff, I have reserved my rights to amend my complaint and if you do not respond lawfully to this Proof of Claim, you will be added to the above cited lawsuit OR a separate action-at-law will be filed against you for damages under FDCPA.**

**REAL TIME RESOLUTIONS, INC.** has NOT proven the following as requested on October 1, 2013

1. A copy of the contract that <u>binds myself</u>, Ivaylo Dodev, and DEBT COLLECTOR
2. PROOF OF CLAIM via certified, notarized, specific, and relevant documents that DEBT COLLECTOR:
   a. Has any contract or agreement which lawfully compels Ivaylo Dodev to accept and/or respond to any communications from DEBT COLLECTOR
   b. Is a lawful and valid party of interest in this matter pursuant to Federal Debt Collection Act, Rules of Civil Procedure in the State of Arizona and Federal Rules of Civil Procedure 17(a))
   c. Is not an unrelated third party
   d. Is not an unrelated third party debt collector
   e. Did not purchase this alleged debt for an agreed upon cost from an alleged other COMPANY, CORPORATION, or Party
   f. Is not acting on its own behalf and/or interests in this instant matter.

Therefore, you have acquiesced and agreed that you have no legal and lawful authority to contact me regarding this private and personal matter. If you continue in your fraudulent efforts to collect a debt that is not owed to you, I will take all steps to insure that my rights are not further violated, including a timely lawsuit against you—as aforementioned—if you continue with this course of action.

Do not attempt to contact me via phone as I cannot validate or verify the person on the phone so I will only respond to written correspondence addressed to: Ivaylo Dodev, 6312 South 161ˢᵗ Way, Gilbert, Arizona. If you disagree with anything in this letter, then rebut the part with which you disagree, in writing, with particularity, within 15 days of this letter's date, and support your disagreement with evidence, fact and truth, defined within the Law. **The papers that you have sent to me in a letter dated October 7, 2013 does not give you any legal standing. You can consult with a lawyer and familiarize yourself with the legal action filed against BANK OF AMERICA, N.A. by me [Ivaylo Dodev]. You may be added as a defendant to this legal action if you 1). Do not immediately stop harassing me and trying to represent yourself as a SERVICER on a discharged debt that you are not a party of, 2). In addition, send a signed letter, from an authorized agent of REAL TIME RESOLUTIONS, INC., in the allotted time (15 days) that no such debt is owed to you. Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in Arizona, without your protest or objection or that of those who represent you.**

All Rights Reserved,

Ivaylo Dodev

STATE OF ARIZONA                )
                                     ) SS
COUNTY OF MARICOPA        )

Subscribed and sworn to (or affirmed) before me on this _2ⁿ_ day of October, 2013 by Ivaylo Dodev, proved to me on the basis of satisfactory evidence to be the man who appeared before me.

Executed by my own free will

_____ (Seal)
Notary Public



Nazario Sandoval
Notary Public
PINAL COUNTY, Arizona
My Comm. Expires 05-09-18



**UNITED STATES POSTAL SERVICE.**

**U.S. Postal Service** ™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

DALLAS TX 75247

| | | |
|---|---|---|
| Postage | $0.46 | 0540 |
| Certified Fee | $3.10 | 02 |
| Return Receipt Fee (Endorsement Required) | $3.80 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $7.36 | 10/29/2013 |

Sent To

Street, Apt. No.; or PO Box No.

See Reverse for Instructions

Date: November 8, 2013

Ivaylo Dodev:

The following is in response to your November 3, 2013 req̶...
on your Certified Mail™ item number 70131710000101375021. The u̶...
shows that this item was delivered on November 1, 2013 at 10:58 am in DALLAS, TX 75235. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

Subject:   USPS Shipment Info for 70131710000101375021

From:      US_Postal_Service@usps.com (US_Postal_Service@usps.com)

To:        dodev7@yahoo.com;

Date:      Sunday, November 3, 2013 11:28 AM


This is a post-only message. Please do not respond.

Ivaylo Dodev has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 70131710000101375021

Service Type: Certified Mail™

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | DALLAS, TX 75235 | November 1, 2013 10:58 am |
| Sorting Complete | DALLAS, TX 75247 | November 1, 2013 10:23 am |
| Arrival at Unit | DALLAS, TX 75247 | November 1, 2013 5:23 am |
| Depart USPS Sort Facility | DALLAS, TX 75260 | November 1, 2013 |
| Processed through USPS Sort Facility | DALLAS, TX 75260 | November 1, 2013 4:00 am |
| Processed through USPS Sort Facility | DALLAS, TX 75260 | October 31, 2013 11:11 pm |
| Depart USPS Sort Facility | PHOENIX, AZ 85026 | October 30, 2013 |
| Processed at USPS Origin Sort Facility | PHOENIX, AZ 85026 | October 29, 2013 8:57 pm |
| Dispatched to Sort Facility | QUEEN CREEK, AZ 85142 | October 29, 2013 3:32 pm |
| Acceptance | QUEEN CREEK, AZ 85142 | October 29, 2013 2:29 pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirm.htm

In re  Ivaylo Tsvetanov Dodev_____ ,        Case No._2:14-bk-02116-RJH____
                    **Debtor**                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

In re  Ivaylo Tsvetanov Dodev                    ,          Case No.  2:14-bk-02116-RJH
          **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**Fill in this information to identify your case:**

| Debtor 1 | Ivaylo | Tsvetanov | Dodev |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Arizona

Case number (if known) 2:14-bk-02116-RJH

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | Self Employed | |
| **Employer's name** | | Americas Treasures & Antique | |
| **Employer's address** | | 6312 South 161st Way | |
| | | Number   Street | Number   Street |
| | | Gilbert   AZ   85298 | |
| | | City   State   ZIP Code | City   State   ZIP Code |
| **How long employed there?** | | 4 years | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 2,800.00 | $ _____ |
| 3. **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ _____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. $ 2,800.00 | $ _____ |

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ........................................................ → 4. | $ 2,800.00 | $ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ |
| 5e. Insurance | 5e. | $ 0.00 | $ |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ |
| 5g. Union dues | 5g. | $ 0.00 | $ |
| 5h. Other deductions. Specify: _____ | 5h. + $ 0.00 | + $ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 2,800.00 | $ |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ |
| 8e. Social Security | 8e. | $ 0.00 | $ |
| 8f. Other government assistance that you regularly receive <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ 0.00 | $ |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ |
| 8h. Other monthly income. Specify: _____ | 8h. + $ 0.00 | + $ |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ |
| 10. Calculate monthly income. Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,800.00 + $ | = $ |

**11. State all other regular contributions to the expenses that you list in Schedule J.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: Occasional contributions (help) from my wife's family _____    11. + $ _____

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies    12.

$ 2,800.00

Combined monthly income

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: Work harder in in pursuit of Life, Liberty and the pursuit of Happiness

## Fill in this information to identify your case:

| Debtor 1 | Ivaylo | Tsvetanov | Dodev |
|----------|--------|-----------|-------|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Arizona

Case number (if known): 2:14-bk-02116-RJ

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 17 | ☐ No ☑ Yes |
   | Daughter | 18 | ☐ No ☑ Yes |
   | _____ | ____ | ☐ No ☐ Yes |
   | _____ | ____ | ☐ No ☐ Yes |
   | _____ | ____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 0.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 170.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 62.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 145.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ | 0.00 |
| 6. **Utilities:** | | | |
| 6a. Electricity, heat, natural gas | 6a. | $ | 150.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ | 67.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 200.00 |
| 6d. Other. Specify: Animals' food | 6d. | $ | 50.00 |
| 7. **Food and housekeeping supplies** | 7. | $ | 400.00 |
| 8. **Childcare and children's education costs** | 8. | $ | 200.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ | 60.00 |
| 10. **Personal care products and services** | 10. | $ | 55.00 |
| 11. **Medical and dental expenses** | 11. | $ | 55.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 170.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ | 20.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| 15a. Life insurance | 15a. | $ | 54.00 |
| 15b. Health insurance | 15b. | $ | 0.00 |
| 15c. Vehicle insurance | 15c. | $ | 63.00 |
| 15d. Other insurance. Specify:_____ | 15d. | $ | 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: Paid annually with Debtor's tax filing with IRS | 16. | $ | 170.00 |
| 17. **Installment or lease payments:** | | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| 17c. Other. Specify:_____ | 17c. | $ | 0.00 |
| 17d. Other. Specify:_____ | 17d. | $ | 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $ | 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ | 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| 20a. Mortgages on other property | 20a. | $ | 0.00 |
| 20b. Real estate taxes | 20b. | $ | 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |

21. **Other**. Specify: __Invest in the business and self litigant expense__     21.   +$ _____500.00_

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.       22.   $ _____2,591.00_

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.   $ _____2,800.00_

    23b. Copy your monthly expenses from line 22 above.    23b.   −$ _____2,591.00_

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.    23c.   $ _____209.00_

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    Explain here:

In re  Ivaylo Tsvetanov Dodev ,        Case No.  2:14-bk-02116-RJH
_____          _____
        **Debtor**                            **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __64__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  03/14/2014          Signature: _Ivaylo Dodev, ARR_
_____                      **Debtor**

Date _____       Signature: _____
                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,       Social Security No.
of Bankruptcy Petition Preparer            *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __64__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                              _____
                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

### District of Arizona

In re: Ivaylo Tsvetanov Dodev_____,     Case No. __2:14-bk-02116-RJH_____
             Debtor                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $33,600.00 | Debtor's adjusted gross income in 2013 |
| $74,700.00 | Debtor's adjusted gross income in 2012 |

**2.   Income other than from employment or operation of business**

None

☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,500.00 | Settlement from wrongful foreclosure attempt by Bank of American, N.A. on Debtor's property |

---

**3.   Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
|  |  |  |  |

None

☐

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within* **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
|  |  |  |  |

---

*\*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None
☑

c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 2:13-CV-02155-GSM | 28 US Code § 1331, FDCPA | US District Court for the District of Arizona | Pending |

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**



a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|



b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| FMC/CFNI | | 05/31/2013 | $150 Charity |

**8. Losses**



List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| US Bankruptcy Court $0$ BK Class Inc. | 02/21/2014 02/24/2014 | $220 + pending payments $49 for B/y Certificate |

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Unknown third party | 03/01/2014 | Chevy Astro Van, $4100 |

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Wells Fargo Bank, N.A. Higley and Ray, AZ | 2708 - $858.85; 8899 - $49.54; 3676 - $100.00; 2149 - $904.85 | ALL CLOSED ON 03/03/2014 |

**12. Safe deposit boxes**



List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**



List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Wife, Children, Friends stationed in Tokyo Japan, Wife's sister lives  EU | Household items, musical instruments, personal belongings | 6312 S 161st Way Gilbert, AZ 85298 |

**15. Prior address of debtor**



If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☐ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

N.D. Debtor's wife lives with him

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| DBA, Americas Treasures and Antiques | XXX-XX-5066 | 6312 S. 161st Way, Gilbert, AZ 85298 | restoration, building emergecy shelters | 6/2010 - present |



b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements



a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED



b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                        ADDRESS                                        DATES SERVICES RENDERED

 c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

 d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

---

**20. Inventories**

 a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT
                                                     OF INVENTORY
                                                     (Specify cost, market or other basis)

 b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                                      NAME AND ADDRESSES
                                                       OF CUSTODIAN
                                                       OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

 a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

 b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                TITLE             NATURE AND PERCENTAGE
                                                  OF STOCK OWNERSHIP

---

### 22 . Former partners, officers, directors and shareholders

 a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

 b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

### 23 . Withdrawals from a partnership or distributions by a corporation

 If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 24. Tax Consolidation Group.

 If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

### 25. Pension Funds.

 If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
| --- | --- |

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    03/14/2014                    Signature of Debtor    _Jingle Jales ARR_

Date    _____    Signature of Joint Debtor  (if any)  _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    _____    Signature    _____

Print Name and Title    _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

0  continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.***